AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CONFEDERATED TRIBES OF THE COLVILLE
RESERVATION, a Federally Recognized Indian Tribe,
                Plaintiff,

v.

UNITED STATES FOREST SERVICE,
                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-0322-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Order Denying Plaintiff's Motion for Joinder of Department of Interior entered on January 30, 2009, Ct Rec 48, judgment is entered in favor of Defendant consistent with the Order Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motion for Preliminary Injunction entered on January 7, 2009, Ct. Rec. 44.

January 30, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas